UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22987-CV-MIDDLEBROOKS
CASE NO. 16-20257-CR-MIDDLEBROOKS
MAGISTRATE JUDGE REID

WILLIE WILCHER,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER TO SHOW CAUSE - 28 U.S.C. § 2255

The *pro se movant,* **Willie Wilcher,** has filed this motion to vacate [ECF 1], pursuant to 28 U.S.C. § 2255, attacking the constitutionality of his conviction and sentence for felon in possession of ammunition, entered following a jury verdict in **Case No. 16-20257-CR-Middlebrooks.** The movant asserts therein that he is entitled to vacatur of his conviction and sentence because the Supreme Court in *Rehaif v. United States,* 139 S.Ct. 2191, 2200 (2019) recently concluded that, in a prosecution under 18 U.S.C. §§922(g) and 924(a), the government must prove both that a defendant possessed a firearm/ammunition, and that he knew he belonged to the relevant category of persons barred from possession a firearm/ammunition. [ECF 1].

Careful review of the underlying criminal case under attack here reveals that the movant's judgment of conviction was affirmed on direct appeal on July 30, 2018, in a written, but unpublished decision. *See United States v. Wilcher,* 744 F. App'x 604 (11th Cir. Jul. 30, 2018). Because no certiorari review appears to have been filed, the judgment became final, at the latest on **October 28, 2018,** when the 90-day period for seeking certiorari review expired. *See Gonzalez v. Thaler,* 565 U.S. 134, 149-50 (2012); *Phillips v. Warden,* 908 F.3d 667, 672 (11th Cir. 2018). The movant came to this court, filing this motion to vacate, under the mailbox rule, on **July 15, 2019,** as evidenced by the pre-paid U.S. postal stamp. [ECF 1; 13]. ). *See Washington v. United States,* 243 F.3d 1299, 1301 (11th Cir. 2001). Because the motion was filed less than one year from the time the movant's conviction became final, it appears to be timely filed. It is thereupon

ORDERED AND ADJUDGED as follows:

1. Counsel for the Respondent is instructed to <u>always</u> use the civil case number <u>and</u> the criminal case number on all filings in this § 2255 proceeding.

2. To prevent motions for extensions of time, counsel for the respondent is notified that an extended period for the response has been provided in this case.

3. On or before **forty-five (45) days from the date of this order,** the respondent shall file a memorandum of fact and law to show cause why this motion should not be granted, **together with an Appendix, attaching and itemizing all**

- 2 -

**documents relied upon in its response, to the extent they are not viewable electronically or otherwise unavailable in the underlying criminal case, including those transcripts for which only the first page has been scanned, as well as, all other documents and exhibits necessary for the resolution of this motion, including any relevant trial exhibits currently not available in the criminal case.**

4. In its response, the government shall specifically address the merits of the movant's claim that he is actually innocent and his judgment is no longer valid in light of the Supreme Court's decision in *Rehaif,* notwithstanding any procedural defenses or other bars, which may apply and which the government may assert.

5. Counsel for the respondent is requested to caption the response as a "Response" and not as a Motion to Dismiss. The statute, 28 U.S.C. § 2243 calls for a "Return;" Rule 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts calls for an "Answer."

6. The respondent is instructed that its response shall contain: (1) a detailed procedural history, with citations to the corresponding criminal docket entries; (2) the facts adduced at trial with corresponding accurate citations to the trial transcripts; and, (3) a discussion on the merits of each claim(s) identified by the Movant and of concern to this court.

7. The government shall <u>not</u> comingle or otherwise group claims raised by the movant. The government shall address each claim individually, as numbered by the movant.

DONE AND ORDERED at Miami, Florida this 19th day of July, 2019.

                                             s/Lisette M. Reid
                             UNITED STATES MAGISTRATE JUDGE

cc:    Willie Wilcher, *Pro Se*
        F.C.I. - Coleman Medium
        Inmate Mail/Parcels
        Post Office Box 1032
        Coleman, FL 33521

        The United States of America
        Noticing 2255 U.S. Attorney
        Email: usafls-2255@usdoj.gov